IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

      Plaintiff,                   No. CIV S-03-0262 DFL JFM P

      vs.

G. LAVIN, et al.,

      Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

      Pursuant to the order of this court filed April 22, 2005, non-party P. Prudhomme was directed, under subpoena of this court, to answer and return responses to written deposition questions. Said answers were to be returned within thirty days from the April 22, 2005 order. The thirty day period has passed and Mr. Prudhomme has not responded in any way to the court's order.

      Accordingly, IT IS HEREBY ORDERED that:

      1. On June 23, 2005, at 11:00 a.m. in Courtroom # 26, P. Prudhomme shall show cause in person why he should not be held in civil contempt for failure to comply with this court's April 22, 2005 order and the subpoena issued pursuant thereto; and

/////

/////

2. The clerk of the court is ordered to send a copy of this order by certified mail to P. Prudhomme, California Department of Corrections, P.O. Box 942883, Sacramento, California 94823.

DATED: June 3, 2005.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

12
dixo0262.osc