IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

        Plaintiff,                  No. CIV S-03-0262 DFL JFM P

   vs.

G. LAVIN, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 23, 2005, plaintiff filed a request for an extension of time to serve a second set of requests for admissions on defendants. Plaintiff seeks an extension until thirty days after defendants respond to a second set of interrogatories to serve the second set of requests for admissions. In an order filed April 25, 2005, the court denied a February 15, 2005 request by plaintiff for an extension of time to serve a first set of requests for admissions, on the ground that the discovery deadline had already been extended once in this action and plaintiff's request had been filed long after expiration of the second deadline set in this action for service of discovery requests. (Order, filed April 25, 2005, at 5.) For the same reasons, plaintiff's February 23, 2005 request will be denied.

/////

1

On June 3, 2005, plaintiff filed a document styled "Plaintiff's Request for Extension of Motion Cutoff Date." By this request, plaintiff seeks an extension of time to file a pretrial statement and motions associated therewith. Good cause appearing, the deadlines for filing pretrial statements, and the dates set for pretrial conference and jury trial will be vacated. Said dates will be reset, if appropriate, following resolution of defendants' motion for summary judgment.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 23, 2005 request for an extension of time to serve discovery requests is denied;

2. Plaintiff's June 3, 2005 request for extension of motion cutoff date is granted;

3. The parties are relieved of the obligation to file pretrial statements until further order of court;

4. The July 29, 2005 pretrial conference on the papers before the undersigned is vacated;

5. Jury trial set for October 17, 2005 before the Honorable David F. Levi is vacated; and

6. The dates vacated by this order will be reset, if appropriate, following resolution of defendants' motion for summary judgment.

DATED: June 13, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
dixo0262.vac

2