IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

        Plaintiff,                No. CIV S-03-0262 DFL JFM P

    vs.

G. LAVIN, et al.,

        Defendants.        ORDER

_____/

        Counsel for defendants has filed an application to discharge this court's June 3, 2005 order to show cause and to vacate the show cause hearing set for June 23, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The June 7, 2005 request to discharge the order to show cause is granted;

        2. The hearing set for June 23, 2005 is vacated;

        3. The Clerk of the Court is directed to mail a copy of non-party Pamela Prudhomme's response to plaintiff's written deposition questions, a copy of which is appended to the June 7, 2005 request, to plaintiff together with a copy of this order;

        4. The clerk of the court is ordered to send a copy of this order by certified mail to P. Prudhomme, California Department of Corrections, P.O. Box 942883, Sacramento, California 94823;

1

/////

5. Plaintiff's opposition to defendants' May 25, 2005 motion for summary judgment shall be filed and served not later than thirty days from the date of this order; and

6. Defendants' reply, if any, shall be filed and served not later than ten days thereafter.

DATED: June 13, 2005.

UNITED STATES MAGISTRATE JUDGE

12
dixo0262.dis