IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

        Plaintiff,                  No. CIV S-03-0262 DFL JFM P

   vs.

G. LAVIN, et al.,

        Defendants.         <u>ORDER</u>

_____/

On August 30, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 23, 2005, denying plaintiff's August 4, 2005 request for an extension of time. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 23, 2005, is affirmed.

DATED: 11/11/2005

                          DAVID F. LEVI
                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26