IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEVE DIXON,

    Plaintiff,                        No. CIV S-03-0262 DFL JFM P

    vs.

G. LAVIN, et al.,

    Defendants.                  <u>ORDER</u>

        Plaintiff has requested an extension of time to file and serve objections to the January 11, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 23, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted until February 24, 2006 to file and serve objections to the January 11, 2006 findings and recommendations.

DATED: January 30, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

12/mp;dixo0262.36(2)