UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| DANIEL STEVE DIXON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>G. LAVIN; et al.,<br><br>Defendants - Appellees. | No. 06-15704<br>D.C. No. CV-03-00262-DFL/JFM<br><br><br>**ORDER** |
|---|---|

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____
          Judge
United States District Court

Date: 5/11/2006